IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL D. HEARNES,

    Plaintiff,                   No. CIV S-04-0198 GEB GGH P

   vs.

CA. DEPT. OF CORRECTIONS, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of July 12, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 13, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted ten days from the date of this order in which to file and serve an amended complaint.

DATED: 10/20/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
hear0198.36s